GREENBERG TRAURIG, LLP
Ginger Pigott (SBN 162908)
Amy B. Alderfer (SBN 205482)
Email:  pigottg@gtlaw.com; alderfera@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA  90067
Tel: (310) 586-7700; Fax: (310) 586-7800
Attorneys for Defendant Teva Pharmaceuticals, USA, Inc.

KHORRAMI, LLP
Amanda J. Greenburg
Email:  agreenburg@khorrami.com
360 22nd Street, Suite 640
Oakland, CA 94612
Tel: (866) 546-7266
Attorneys for Plaintiffs

(*additional counsel indicated on next page*)

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANA JASMIN, et al.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>MCKESSON CORPORATION, et al.,<br><br>          Defendants. | ) CASE NO. 3:12-cv-2820-WQH-NLS<br>)<br>) JUDGE:    Hon. William Q. Hayes<br>)<br>) **JOINT MOTION TO EXTEND**<br>) **DEFENDANTS' TIME TO RESPOND**<br>) **TO PLAINTIFFS' COMPLAINT**<br>) **PENDING RESOLUTION OF**<br>) **MOTION TO REMAND**<br>)<br>)<br>) |

JOINT MOTION TO EXTEND TIME FOR RESPONSE TO COMPLAINT

ATL 19056232v1

1  GOODMAN NEUMAN HAMILTON, LLP
   Pavan Rosati
2  Email: prosati@gnhllp.com
3  417 Montgomery Street, 10th Floor
   San Francisco, CA 94104
4  Tel:  (415) 705-0400; Fax:  (415) 705-0411
5  Attorneys for Defendant McKesson Corporation

6
   LECLAIRRYAN LLP
7  Brian S. Inamine
   E-Mail:  Brian.inamine@leclairryan.com
8  888 South Figueroa, Suite 1800
9  Los Angeles, CA 90017
   Tel.:  (213) 488-0503; Fax:  (213) 624-3755
10 Attorneys for Defendant Watson Pharmaceuticals, Inc.

11
12 GORDON & REES, LLP
   Kai Peters
13 E-Mail:  kpeters@gordonrees.com
   275 Battery Street, Suite 2000
14 San Francisco, CA  94111
15 Tel.:  (415) 986-5900; Fax:  (415) 986-8054
   Attorneys for Defendants Cornerstore Biopharma, Inc., and Cornerstore Biopharma
16 Holdings, Inc.

17
18 Kenneth M. Seeger (State Bar No. 135862)
   kseeger@seegersalvas.com
19 Adam R. Salvas (State Bar No. 191379)
20 asalvas@seegersalvas.com
   SEEGER SALVAS LLP
21 455 Market Street, Suite 1530
22 San Francisco, CA  94105
   Telephone:     (415) 981-9260
23 Facsimile:     (415) 981-9266
   Attorneys for Defendants Vintage Pharmaceuticals, LLC;
24 Generics International (US), Inc.; Generics Bidco I, LLC;
25 Generics Bidco II, LLC; Generics International (US Parent), Inc.;
   Endo Pharmaceuticals Inc.; and Endo Pharmaceuticals Holdings Inc.
26

27

28                                     - 2 -
   JOINT MOTION TO EXTEND TIME FOR RESPONSE TO COMPLAINT
   ATL 19056232v1

1    WHEREAS, Plaintiffs' Complaint was filed in Imperial County Superior Court

2    on November 15, 2012;

3    WHEREAS, this action was removed by Defendant Teva Pharmaceuticals

4    USA, Inc., to the United States District Court for the Southern District of California

5    on November 21, 2012 [Docket No.1];

6    WHEREAS, Plaintiffs filed a Motion to Remand on December 28, 2013

7    [Docket No. 20], and a hearing on Plaintiffs' Remand Motion was set for February 4,

8    2013;

9    WHEREAS, the Court's ruling on Plaintiffs' Remand Motion has been taken

10   under submission.

11   WHEREAS, various defendants have been served in the intervening time period

12   with response deadlines likely to occur prior to the ruling on the pending motion to

13   remand;

14   IT IS HEREBY AGREED AND STIPULATED by and between Defendants

15   and Plaintiffs, through their respective attorneys of record, that:

16   1.   In the interest of judicial economy, and upon the Court's entry of an order

17        upon this Joint Motion (Proposed Order submitted concurrently herewith),

18        any Defendants who have an upcoming deadline to respond to the Complaint

19        shall have that deadline continued until thirty (30) days after the entry of any

20        court order denying Plaintiffs' Motion to Remand. If Plaintiffs' Remand

21        Motion is granted, the parties agree that the time for Defendants to respond

22        to the Complaint shall be governed by the California Code of Civil

23        Procedure, stipulation of counsel, and/or other court order.

24

25

26

27

28

JOINT MOTION TO EXTEND TIME FOR RESPONSE TO COMPLAINT
ATL 19056232v1

Dated:  April 4, 2013

By: _/s/ Ginger Pigott_____
Ginger Pigott
GREENBERG TRAURIG, LLP
Attorneys for Defendant,
TEVA PHARMACEUTICALS USA, INC.


Dated:  April 4, 2013

By: _/s/ Amanda J. Greenburg_____
Amanda J. Greenburg
KHORRAMI, LLP
Attorneys for PLAINTIFFS


Dated:  April 4, 2013

By: _/s/ Pavan Rosati_____
Pavan Rosati
GOODMAN NEUMAN HAMILTON, LLP
Attorneys for Defendant,
MCKESSON CORPORATION


Dated:  April 4, 2013

By: _/s/ Brian S. Inamine_____
Brian S. Inamine
LECLAIRRYAN LLP
Attorneys for Defendant,
WATSON PHARMACEUTICALS, INC.


Dated:  April 4, 2013

By: _/s/ Kai Peters_____
Kai Peters
GORDON & REES LLP
Attorney for Defendant Cornerstone
BioPharma, Inc. and Cornerstone BioPharma
Holdings, Inc.

- 4 -

JOINT MOTION TO EXTEND TIME FOR RESPONSE TO COMPLAINT

ATL 19056232v1

1

Dated:  April 4, 2013

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:  _/s/ Adam R. Salvas_____
Adam R. Salvas
SEEGER SALVAS LLP
Attorneys for Defendants Vintage
Pharmaceuticals, LLC;
Generics International (US), Inc.; Generics
Bidco I, LLC;
Generics Bidco II, LLC; Generics International
(US Parent), Inc.;
Endo Pharmaceuticals Inc.; and Endo
Pharmaceuticals Holdings Inc.
.

## Signature Attestation

   *I hereby attest that I have the authorization of all parties, as indicated by the*
*conformed signatures (/S/), to file the foregoing document.*

                                             _/s/  Amy B. Alderfer____

JOINT MOTION TO EXTEND TIME FOR RESPONSE TO COMPLAINT
ATL 19056232v1